IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. __05 - CV - 02012 - OES__

OCT 1 3 2005

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

GENEVA JAMES,

    Plaintiff,

v.

GOVERNOR BILL OWENS,
MAYOR HICKENLOOPER,
CITY AND COUNTY OF DENVER,
UNDER SHERRIFF FRED A. OLIVA,
DENVER CITY AND COUNTY JAIL,
CHIEF RON FOOS,
MAJOR WILSON,
SGT. TURNIC,
SGT. BROWN-I,
DEPUTY STRONG,
DEPUTY ORTIZ,
DUPTY [sic] HAMMOND,
DEPUTY COLBURN,
DEPUTY PITZ,
DEPUTY PEREZ,
BETH LINDROOS, HSA,
DR. CRUM, M.D.,
DR. HIRSH, M.D., A NO COMPLTE [sic] MEDICAL STAFF OF DENVER CITY AND
    COUNTY JAIL,
JOHN DOE AND JANE DOE 1-100,
COLORADO STATE BOARD OF NURSING PROGRAM DIRECTOR DENNIS CLENIN,
NANCY SMITH, Ph.D., REG. NO., BC. FAANP,
FRANKIE JOHNSON,
STEWARD DEPARTMENT OF REGULATORY AGENCIES,
TAMBOR WILLIAMS,
DIVISION OF REGISTRNTIONS [sic] ROSEMARY MCCOOL,
DEPUTY LOPEZ, Law Library,
STATE OFFICE OF THE PUBLIC DEFENDER,
DAVID KAPLAN,
CHARLES GARCIA,
CLIFFORD CARNEY #84018,
DEPUTY MURRAY,

DENVER POLICE DEPT.,
TONY FOSTER,
JAMES EDINGER #77045,
STEVEN SANDOVAL #98050,
CHET NEAL #00090,
KATCHINA MCALEXANDER #990761,
COREY CLAY #00179, AND
DONALD SHRIBER,

        Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The *in forma pauperis* motion was submitted to the court in an envelope that also contained individual *in forma pauperis* motions from a number of other inmates at the Denver County Jail. The court has determined that the documents is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) \_\_ is not submitted
(2) \_\_ is missing affidavit
(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) \_\_ is missing required financial information
(5) \_\_ is missing an original signature by the prisoner
(6) \_\_ is not on proper form (must use the court's current form)
(7) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(8) \_\_ An original and a copy have not been received by the court.
        Only an original has been received.

(9) ___ other _____

**Complaint, Petition or Application:**
(10) xx   is not submitted
(11) ___  is not on proper form (must use the court's current form)
(12) ___  is missing an original signature by the prisoner
(13) ___  is missing page nos. ___
(14) ___  uses et al. instead of listing all parties in caption
(15) ___  An original and a copy have not been received by the court. Only an original has been received.
(16) ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___  names in caption do not match names in text
(18) ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _13_ day of _October_, 2005.

BY THE COURT:

_(signature)_
O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-CV-02012-OES

Geneva James
Prisoner No. 528027
DCJ
P.O. Box 1108
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _10-13-05_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk